# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2019

SEAN F. McAVOY, CLERK

PURCELL D. TOSTON, JR.,

*Plaintiff*

v.

LEWIS COUNTY COMMISSIONER'S OFFICE, LEWIS COUNTY COURTHOUSE and LEWIS COUNTY COURT OF LAW,

*Defendant*

Civil Action No. 4:18-CV-05170-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The application to proceed in forma pauperis is DENIED for having failed to comply with the filing fee requirements mandated by 28 U.S.C. 1915(a)(2). Because Plaintiff did not pay the full $400.00 filing fee to commence this action, the Complaint is DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A Bastian .

Date: 1/8/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen